COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       David Angel Ramos v. The State of Texas

Appellate case number:     01-12-00957-CR

Trial court case number:   12CR0162

Trial court:               10th District Court of Galveston County

On April 10, 2014, appellant, David Angel Ramos, filed a pro se "Motion to Dismiss Counsel." In his motion, appellant argues that his counsel was ineffective and that there was a conflict of interest between counsel and appellant. We dismiss the motion.

We issued our opinion in this appeal on January 7, 2014. Appellant did not timely file a motion for rehearing or en banc reconsideration. We therefore lost plenary power over our judgment on March 10, 2014. *See* TEX. R. APP. P. 4.1, 19.1(a). According to his certificate of service, appellant did not file his motion until April 3, 2014. *See* TEX. R. APP. P. 9.2(b); *Campbell v. State*, 320 S.W.3d 338, 342 (Tex. Crim. App. 2010). As a result, we do not have jurisdiction to consider appellant's motion. *See, e.g.*, *Kim v. State*, 181 S.W.3d 448, 449 (Tex. App.—Waco 2005, no pet.) (holding that court lacked jurisdiction over papers or motions filed after appellate court lost plenary power).

Accordingly, we dismiss appellant's motion for want of jurisdiction.


Judge's signature: /s/ Sherry Radack _____
                    ☑ Acting individually    ☐ Acting for the Court

Date: April 22, 2014 _____